UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK MCCLESKEY, *Trustee,* and INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS, <br><br> *Plaintiffs*, <br><br> vs. <br><br> EARP CONCRETE CUTTING, INC., <br><br> *Defendant*. | No. 1:21-cv-01094-JMS-MPB |

### FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

Having entered default judgment in favor of Plaintiffs Mark McCleskey, Trustee, and Indiana State Council of Plasterers and Cement Masons Health and Welfare and Pension Funds, and against Defendant Earp Concrete Cutting, Inc. pursuant to Federal Rule of Civil Procedure 55(b), the Court now enters **FINAL JUDGMENT** pursuant to Federal Rule of Civil Procedure 58 in favor of Plaintiffs in the amount of $66,253.45 in benefits, $6,625.35 in liquidated damages, and $945.00 in audit costs, for a total judgment of **$73,823.80.**

Date: 1/24/2022

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record.**

**Distribution via U.S. Mail to:**
Earp Concrete Cutting, Inc.
c/o Its Registered Agent, Nancy G. Earp
857 East Shakespeare Dr.
Valparaiso, IN 46383